# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0494
Lower Tribunal No. 19-26773-FC-04
_____


**Lincong Song,**
Appellant,

vs.

**Jiangang Luo,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Lincong Song, in proper person.

Patrick Vilar, for appellee.


Before EMAS, FERNANDEZ, and MILLER, JJ.

MILLER, J.

Appellant, Lincong Song, the wife, appeals from a nonfinal order denying her motion for relief from judgment and granting appellee, Jiangang Luo, the husband, the right to immediate possession of the marital home. We have jurisdiction. See Fla. R. App. P. 9.130(a)(3)(C)(ii), (a)(5). Having carefully reviewed the initial brief and record, and noting that appellant did not avail herself of the opportunity to file an amended brief, we affirm on the authority of Florida Rule of Appellate Procedure 9.315(a). See Fla. R. App. P. 9.315(a) ("After service of the initial brief[,] . . . the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated."); Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal. The trial court should have been affirmed because the record brought forward by the appellant is inadequate to demonstrate reversible error.").

Affirmed.